James H. Neale (JN6972)
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
(212) 318-3000
*Attorneys for Defendants*

    - and –

Terry O. Tottenham
Lana K. Varney
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 536-5201
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE M. LUA,<br><br>    Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.;<br>PROCTER & GAMBLE PHARMACEUTICALS, INC.;<br>SANOFI-AVENTIS US, INC.; and<br>SANOFI-AVENTIS US, L.L.C.,<br><br>    Defendants. | MASTER FILE:<br>1:06-MD-01789-JFK-JCF<br><br>CIVIL ACTION NO. 1:09-CV-4358<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PROCTER & GAMBLE PHARMACEUTICALS, INC.** |

Defendant Procter & Gamble Pharmaceuticals, Inc. ("P&G") files this disclosure statement with the clerk of court as required by Federal Rule of Civil Procedure 7.1 and certifies that P&G is a corporation with its principal place of business in Cincinnati, Ohio. Further, P&G is a wholly-owned subsidiary of The Procter & Gamble Company and no publicly held company, other than The Procter & Gamble Company, owns 10% or more of P&G's stock.

ANSWER                                                          -1-

Dated: July 7, 2009

FULBRIGHT & JAWORSKI L.L.P.

By: /s/ James H. Neale
James H. Neale (JN6972)
666 Fifth Avenue
New York, NY 10103-3198
(212) 318-3000
*Attorney for Defendants Procter & Gamble Pharmaceuticals, Inc., sanofi-aventis U.S. L.L.C. and sanofi-aventis U.S., Inc.*

- AND -

Terry O. Tottenham
Lana K. Varney
FULBRIGHT & JAWORSKI L.L.P.
600 CONGRESS AVENUE, SUITE 2400
AUSTIN, TEXAS 78701
(512) 536-5201

*Of Counsel*